# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| DAVID BRACK GATEWOOD, ) | | |
| Register No. 526922, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | No. 05-4009-CV-C-SOW | |
| ) | | |
| SGT. BLOUNT, et al., ) | | |
| ) | | |
| Defendants. ) | | |

## ORDER

On December 9, 2005, plaintiff filed a motion to reconsider this court's dismissal of his claims against defendants Ramona Wright and Jeff Bolton. Plaintiff's motion will be considered under Fed. R. Civ. P. 60(b). Rule 60(b) "provides for extraordinary relief which may be granted only upon an adequate showing of exceptional circumstances." Reyher v. Champion, 975 F.2d 483, 488 (8th Cir. 1992) (quoting United States v. Young, 806 F.2d 805, 806 (8th Cir. 1986)). No exceptional circumstances justifying relief have been shown.

THEREFORE, IT IS ORDERED that plaintiff's motion to reconsider is denied [47].

/s/

SCOTT O. WRIGHT
Senior United States District Judge

Dated: July 25, 2006
Kansas City, Missouri