# UNITED STATES DISTRICT COURT

## Western District of Missouri

**DAVID BRACK GATEWOOD, Register No. 526922**

  v.

**SGT. BLOUNT, et al**

JUDGMENT IN A CIVIL CASE

Case Number:  05-4009-CV-C-SOW

_    ***Jury Verdict.*** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_x   ***Decision by Court.*** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

–   that the Magistrate Judge's July 27, 2006 Report and Recommendation is adopted.  It is further

–   ORDERED that plaintiff's motion for preliminary injunctive relief is denied.  It is further

–   ORDERED that defendants' motion to strike is granted and plaintiff's filing entitled "Evidence, Facts, and Common Sense" is stricken from the record.  It is further

–   ORDERED that defendants' motion for summary judgment is granted and plaintiff's claims are dismissed.

ENTERED ON:  August 29, 2006

<u>August 29, 2006</u>

Date

         PATRICIA L. BRUNE

         Clerk

         /s L. Bax
         (By) Deputy Clerk